**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
Alexander H. Lim, Esq. (297525)
alex@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Ruth Beardsley

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUTH BEARDSLEY,**<br><br>Plaintiff,<br><br>v.<br><br>**LAW OFFICE OF RORY W. CLARK, A PROFESSIONAL LAW CORPORATION,**<br><br>Defendant. | **Case No.:** SACV15-01339 JLS (JCGx)<br><br>**NOTICE OF SETTLEMENT**<br><br>**HON. JOSEPHINE L. STATON** |

///
///
///

**NOTICE OF SETTLEMENT**

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff RUTH BEARDSLEY ("Plaintiff") and Defendant LAW OFFICE OF RORY W. CLARK, A PROFESSIONAL CORPORATION ("Defendant") has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of this Action with Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after March 3, 2016 for filing a Joint Dismissal.

Dated: January 10, 2016                                          Respectfully submitted,

                                                          KAZEROUNI LAW GROUP, APC


                                                          By: ____/s/ Matthew M. Loker___
                                                                  MATTHEW M. LOKER, ESQ.
                                                                  ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement* has been filed this 10th day of January, 2016, through the Court's electronic filing system as well as U.S. Mail to the following:

**Matthew Kumar, Esq.**
**LAW OFFICE OF RORY W. CLARK**
**30699 Russell Ranch Road, Suite 215**
**Westlake Village, CA 91362**

                                                          ___/s/ Matthew M. Loker___
                                                                  Matthew M. Loker

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626