1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RUTH BEARDSLEY, | ) | Case No. SACV 15-01339-JLS(JCGx) |
| Plaintiff(s), | ) | |
| v. | ) | **ORDER STAYING ACTION** |
| | ) | **PENDING FINAL SETTLEMENT,** |
| LAW OFFICE OF RORY W. CLARK. | ) | **REMOVING CASE FROM ACTIVE** |
| | ) | **CASELOAD, AND FILING OF** |
| Defendant/s. | ) | **DISMISSAL** |
| _____ | ) | |

On January 10, 2016, Plaintiff filed a Notice of Settlement (doc. 10), indicating that the case has been resolved.  Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

The parties shall file a Stipulation of Dismissal no later than March 10, 2016.  If no dismissal is filed, the Court deems the matter dismissed at that time.

///

///

///

///

1    The Court retains full jurisdiction over this action and this order shall not

2    prejudice any party in the action.

3        The Order to Show Cause issued January 4, 2016 is ordered DISCHARGED.

4

5

6

7    IT IS SO ORDERED.

8

9    DATED:  January 11, 2016

10                                              **JOSEPHINE L. STATON**
                                                 JOSEPHINE L. STATON
11                                               United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2